

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00279-CR
_____

JUAN MORA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2014-402,039; Honorable Jim Bob Darnell, Presiding

July 20, 2017

## CONCURRING OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

While I respectfully disagree with the conclusion of the majority that the trial court did not err in overruling Appellant's objection to the testimony of his common-law wife, Chandra Stewart, after she asserted spousal immunity pursuant to Rule 504(b) of the Texas Rules of Evidence, I concur in the result.

Patrick A. Pirtle
Justice